**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7224**

_____

CHAD TYRONE KINCAID,

Plaintiff - Appellant,

versus

UNITED STATES MARSHAL SERVICE; DOCTOR
ABERNATHY; GARY CLARK, Sheriff; SERGEANTS ON
DUTY ON SPECIFIC DATES, CALDWELL COUNTY, NC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Graham C. Mullen,
Senior District Judge. (5:06-cv-00065)

_____

Submitted: March 12, 2007          Decided: April 5, 2007

_____

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chad Tyrone Kincaid, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chad Tyrone Kincaid appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kincaid v. U.S. Marshal Serv., No. 5:06-cv-00065 (W.D.N.C. June 14, 2006). We also deny Kincaid's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED